1  KAREN P. HEWITT
   United States Attorney
2  MARY C. LUNDBERG
   Asst. U.S. Attorney
3  California State Bar No.120630
   Office of U.S. Attorney
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-6759
6
   Attorneys for Plaintiff
7  United States of America

8

FILED
07 DEC 11 PM 3:33
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MC 0602

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Misc. No. |
| Plaintiff, | ) | |
| v. | ) | REGISTRATION OF JUDGMENT |
| | ) | (28 U.S.C. § 1963) |
| DIRK P. SLAKER, M.D., | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE COURT:

Please register the attached certified copy of the judgment entered in the United States District Court for the District of Wisconsin, in an action entitled United States v. Dirk P. Slaker, M.D., No. 03-CV-2546, on January 5, 2004.

DATED: 12-11-07

KAREN P. HEWITT
United States Attorney

MARY C. LUNDBERG
Assistant U.S. Attorney

MCL:sh/2008a16404/60

| | | |
|---|---|---|
| STATE OF WISCONSIN | CIRCUIT COURT<br>BRANCH 1 | DANE COUNTY<br>FILED 3:05pm<br>JAN – 5 2004<br>CIRCUIT COURT DANE COUNTY WI |

STATE OF WISCONSIN,

    Plaintiff,

v.                                     Case No. 03-CV-2546

DIRK P. SLAKER, M.D.,

    Defendant.

## DEFAULT JUDGMENT

The Court having read and considered plaintiff's motion for default judgment, the supporting affidavit of Charlotte Gibson, and being otherwise fully advised;

The Court having determined that the defendant was duly and personally served with an authenticated copy of the summons and complaint herein, that no issue of law or fact has been joined and the time for joining issue has expired,

NOW, THEREFORE, upon the motion of Charlotte Gibson, one of plaintiff's attorneys herein,

IT IS ORDERED AND ADJUDGED, that plaintiff shall have and recover from the defendant, Dirk P. Slaker, $25,304.94 (unpaid principal), $1,164.73 (interest as of December 15, 2003) and costs in the amount of $368.00, for a total judgment of $26,837.67.

Dated this 5 day of January, 2004.

BY THE COURT:

*[signature]*

HONORABLE ROBERT A. DE CHAMBEAU
Circuit Court Judge, Br. 1



| STATE OF WISCONSIN | CIRCUIT COURT<br>BRANCH 1 | DANE COUNTY |
|---|---|---|

STATE OF WISCONSIN,

      Plaintiff,

v.

DIRK P. SLAKER, M.D.,

      Defendant.

Jan 13  9 10 AM '04

Case No. 03-CV-2546

## ASSIGNMENT OF JUDGMENT

    Plaintiff, the State of Wisconsin, ("the State") recovered a judgment in the Circuit Court for Dane County, Wisconsin, on January 5, 2004, against defendant Dirk P. Slaker for the sum of $26,837.67, on which there remains unpaid $26,837.67, and post judgment interest accruing at the rate of 12% per year from January 5, 2004 (pursuant to § 815.05(8) Wis. Stat).

    For valuable consideration, receipt of which is hereby acknowledged, counsel for plaintiff in the above-entitled action hereby assigns all of the State's right, title and interest in and to the judgment to the United States Government.

Dated: January 8, 2004

                                       CHARLOTTE GIBSON
                                       Assistant Attorney General
                                       State Bar #1037555

## ACKNOWLEDGEMENT

Subscribed and sworn to before me this _____ day of January, 2004.

Notary Public, State of Wisconsin
My commission 5-27-2007.

\gibsoncj\collections\educational loans\wheal\slaker\assignment of judgment w acknowledgement.doc