FILED
2007 DEC 19 PM 2:22
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Misc. No. 07MC0602 |
| Plaintiff, ) | |
| v. ) | P R A E C I P E |
| DIRK P. SLAKER, M.D., ) | |
| Defendant. ) | |

TO THE CLERK:

Please issue an Abstract of Judgment.

SONIA HERRERA
Legal Assistant
Ext. 557-6352

Date issued: DEC 19 2007